JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, INC., AS SUBROGEE TO CANON U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>I-SHENG ELECTRIC WIRE AND CABLE CO, LTD.,<br><br>Defendant. | NO. CV07-05984 JFW PJWx<br>[Action Filed 09/14/2007]<br><br>**ORDER OF DISMISSAL**<br><br>**TRIAL DATE:** **NONE SET** |

The parties having stipulated, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action be and is dismissed with prejudice in its entirety, with all parties agreeing to bear their own attorneys fees and costs of suit incurred herein.

DATED: January 13, 2010

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

{00010364.DOC}

**[PROPOSED] ORDER OF DISMISSAL**